PER CURIAM.

(No. 73-CC-172)

NEW ERA DAIRY, DIVISION OF PRAIRIE FARMS DAIRY, INC., Claimant, vs. STATE OF ILLINOIS, DEPARTMENT OF CORRECTIONS, Respondent.

*Opinion filed April 27, 1973.*

TWOMEY AND HINES, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; DOUGLAS G. OLSON, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73-CC-186)

MORTON SALT COMPANY, Claimant, vs. STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed April 27, 1973.*

MORTON SALT COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.